**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**NO. 5:21-CR-147-1D(3)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ADAM MITCHUM BAILEY** | ) | |

On motion of the Defendant, Adam Mitchum Bailey, and for good cause shown, it is hereby ORDERED that Docket Entry Number 44 be sealed by this Court.

Accordingly, it is hereby ORDERED that this document be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the Defendant and the United States Attorney's Office.

IT IS SO ORDERED.

This __7__ day of March, 2022.

James C. Dever
United States District Judge