UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21-CR-147-1D(3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ADAM MITCHUM BAILEY | ) | |

This matter having come before the Court by motion of the Defendant, Adam Mitchum Bailey, to continue the arraignment and trial, and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that the arraignment shall be continued until __August__, 2022.

This Court finds the ends of justice served by granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

This __4__ day of May, 2022.

                                                          James C. Dever III
                                                        United States District Judge